MN-305
(10/00)

Rung 9/14/10
KLH

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Mohammed Wadi

Chapter 7 Case No. 09-45817

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Infosource | 1 | | $3.56 |
| Guardian Pest Control Inc. | 3 | | 0.90 |
| American Infosource | 19 | | 2.94 |
| US Bank N.A. | 20 | | 3.11 |
| TOTAL | | | 10.51 |

Date: September 13, 2010

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871    #63538